IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL TRUESON,<br><br>       Plaintiff,<br>v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>       Defendant. | :  CIVIL ACTION<br>:<br>:  Case No. 2:21-cv-00603<br>:<br>:  *Document Filed Electronically*<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL WITH PREJDUICE

WHEREAS Plaintiff Michael Trueson seeks to withdraw his Complaint and all claims therein against Defendant Charles Schwab & Co., Inc. with prejudice.

THEREFORE, Plaintiff and Defendant, by and through their undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party bearing its own costs.

| | |
|---|---|
| LOVITZ LAW FIRM, P.C. | OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C. |
| */s/ Kevin I. Lovitz*<br>Kevin I. Lovitz<br>1650 Market Street, 36th Floor<br>Philadelphia, PA, 19103<br>(215) 735-1996<br>kevin@lovitzlaw.com<br>*Attorney for Plaintiff*<br><br>Dated: September 14, 2021 | */s/ Jessica M. Bocchinfuso*<br>Daniel P. O'Meara<br>Jessica M. Bocchinfuso<br>1735 Market Street, Suite 3000<br>Philadelphia, PA 19103<br>(215) 995-2800<br>dan.omeara@ogletree.com<br>jessica.bocchinfuso@ogletree.com<br>*Attorneys for Defendant*<br><br>Dated: September 14, 2021 |

**APPROVED BY THE COURT 9/14/2021**

    */s/ Mitchell S. Goldberg*                .
                                J.